# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **CHARLES ROYALL,** | ) | **Case No.: 24-7193** |
| | ) | |
| *Appellant,* | ) | **On Appeal from the United** |
| | ) | **States District Court for the** |
| **v.** | ) | **District of Columbia,** |
| | ) | **Civil Action. No. 1:24-cv-820** |
| **CARL HILLIARD and ECKERD** | ) | **(CRC)** |
| **YOUTH ALTERNATIVES INC., d/b/a** | ) | |
| **ECKERD CONNECTS,** | ) | |
| | ) | |
| *Appellees.* | ) | |
| _____ | ) | |

## NOTICE OF NON-OPPOSITION TO APPELLANT'S MOTION FOR EXTENSION OF TIME

By their undersigned counsel, Appellees Carl Hilliard and Eckerd Youth Alternatives d/b/a Eckerd Connects (collectively "Eckerd" or "Appellees") hereby notify the Court that, due to Appellant's *pro se* status, they do not intend to oppose Appellant's Motion for Extension of Time (Doc. #2105740).

Respectfully submitted,

*/s/ Matthew W. Brown*
James J. Murphy (D.C. Cir. Bar No. 65928)
Matthew W. Brown (D.C. Bar No. 65914)
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1909 K Street, N.W., Suite 1000
Washington, DC  20006
Tel: 202.263.0178
Email: james.murphy@ogletree.com
Email: matthew.brown@ogletree.com

*Counsel for Appellees*

**Certificate of Compliance with Type-Volume Limit**

This document complies with the type-volume limit of Fed. R. App. P. 27(d) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 307 words.

Further, this document complies with the typeface requirements of Fed. R. App. P. 27(d), 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 font size and using Times New Roman.

Dated: March 19, 2025                    Respectfully submitted,


*/s/ Matthew W. Brown*
James J. Murphy (D.C. Cir. Bar No. 65928)
Matthew W. Brown (D.C. Cir. Bar No. 65914)
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1909 K Street, N.W., Suite 1000
Washington, DC  20006
Tel: 202.263.0178
Email: james.murphy@ogletree.com
Email: matthew.brown@ogletree.com

*Counsel for Appellees*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2025, I caused the foregoing to be filed via the Court's electronic filing system and that a copy was served via electronic mail and first class mail, postage prepaid to the following:

> Charles M. Royall
> 12703 Radburn Place
> Fort Washington, MD 20744
> Email : charles_royall@comcast.net

> */s/ Matthew W. Brown*
> Matthew W. Brown
>
> *Counsel for Appellees*